AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | November 8, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joseph Zambuto, Jr. | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested (Green Card attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Postage - $8.00 | $8.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/17/2005
             Date            Signature of Server

Address of Server
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

State of Alabama Department of Human Resources, State of Delaware Department of Health & Social Services, District Of Columbia, Office of the Corporation Counsel, State of Hawaii Department of the Attorney General, State of Kansas Department of Social and Rehabilitation Services, State of Louisiana Department of Social Services, State of New Mexico Human Services Department, State of Rhode Island Department of Administraton,

**SUMMONS IN A CIVIL CASE**

V.

United States Department Of Health and Human Services, and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services

CASE NUMBER   1:05CV02098

JUDGE: Richard J. Leon

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/26/2005

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, Dc 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Caroline M. Brown, Esq.
COVINGTON & BURLING
1201 Pennsylvania Ave NW
Washington, DC 20004-2401
(202) 662-6000

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         OCT 26 2005
CLERK                              DATE

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Joseph Zambuto

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark: FRANKLIN STATION, NOV -2 2005, WASHINGTON DC 20004

Sent To: Alberto R. Gonzalez
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, June 2002                See Reverse for Instructions

7005 1820 0005 9349 1480

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   Attorney General
   U.S. Department of Justice
   940 Pennsylvania Ave., NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
NOV 0 8 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0005 9349 1480

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540