AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 7, 2005 |
| NAME OF SERVER *(PRINT)* Joseph Zambuto, Jr. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    ☐  Served personally upon the defendant. Place where served: _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    ☐  Returned unexecuted: _____

    ☒  Other (specify): Certified Mail, Return Receipt Requested (Green Card attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Postage - $8.00 | TOTAL $8.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/17/2005        *[signature]*
             Date               Signature of Server

*Address of Server*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

State of Alabama Department of Human Resources, State of Delaware Department of Health & Social Services, District Of Columbia, Office of the Corporation Counsel, State of Hawaii Department of the Attorney General, State of Kansas Department of Social and Rehabilitation Services, State of Louisiana Department of Social Services, State of New Mexico Human Services Department, State of Rhode Island Department of Administration,

**SUMMONS IN A CIVIL CASE**

V.

United States Department Of Health and Human Services, and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services

CASE NUMBER   1:05CV02098

JUDGE: Richard J. Leon

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/26/2005

TO: (Name and address of Defendant)

Secretary Michael O. Leavitt
United States Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Caroline M. Brown, Esq.
COVINGTON & BURLING
1201 Pennsylvania Ave NW
Washington, DC 20004-2401
(202) 662-6000

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             OCT 2 6 2005
CLERK                                   DATE

_Maureen Higgins_
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**
Joseph Zambuto

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

Postmark Here — BEN FRANKLIN STATION NOV 2 2005 WASHINGTON DC

Sent To: Secretary Michael O. Leavitt
Street, Apt. No.; or PO Box No.: 200 Independence Ave., SW
City, State, ZIP+4: Washington, DC 20201

7005 1820 0005 9349 1466

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Secretary Michael Leavitt
   United States Department
     of Health and Human
     Services
   200 Independence Ave., SW
   Washington, DC  20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lawrence Savoy_      ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lawrence Savoy
C. Date of Delivery: 11-7-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0005 9349 1466

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540