AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | November 7, 2005 |
| NAME OF SERVER *(PRINT)* Joseph Zambuto, Jr. | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested (Green Card attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES Postage - $8.00 | TOTAL $8.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/17/2005
                 Date                         Signature of Server

*Address of Server*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

State of Alabama Department of Human Resources, State of Delaware Department of Health & Social Services, District Of Columbia, Office of the Corporation Counsel, State of Hawaii Department of the Attorney General, State of Kansas Department of Social and Rehabilitation Services, State of Louisiana Department of Social Services, State of New Mexico Human Services Department, State of Rhode Island Department of Administration,

V.

United States Department Of Health and Human Services, and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02098

JUDGE: Richard J. Leon

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/26/2005

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
Attn: Civil Process Clerk
Judiciary Center Building
555 Fourth St NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Caroline M. Brown, Esq.
COVINGTON & BURLING
1201 Pennsylvania Ave NW
Washington, DC 20004-2401
(202) 662-6000

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 2 6 2005

CLERK                                     DATE

_Maureen Higgins_
(By) DEPUTY CLERK

