AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

State of Alabama Dept. of Human  
Resources et al., )  
        Plaintiff(s) )  **APPEARANCE**  
)  
)  
        vs. )  CASE NUMBER  1:05cv02098 - RJL  
United States Department of Health and )  
Human Services et al., )  
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kelly C. Blevins__ as counsel in this
                                      (Attorney's Name)

case for: Plaintiffs State of Alabama Dept. of Human Resources, State of Delaware Dept. of Health & Social Svcs., District of Columbia Office of Corp. Counsel, State of Hawaii Dept. of Attorney General, State of Kansas Department of Social & Rehab. Svcs, State of Louisiana Dept. of Social Svcs., State of New Mexico Human Svcs. Dept, and State of Rhode Island Dept. of Admin.

(Name of party or parties)

__November 22, 2005__  
Date

*Kelly C. Blevins* (signature)  
Signature

__D.C. Bar No. 488287__  
BAR IDENTIFICATION

Kelly C. Blevins  
Print Name

1201 Pennsylvania Ave. N.W.  
Address

Washington, D.C.   20004  
City      State      Zip Code

202-662-6000  
Phone Number