AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

State of Alabama Dep't of Human
Resources et al., )
        Plaintiff(s) ) **APPEARANCE**
)
)
        vs. ) CASE NUMBER  1:05cv02098-RJL
United States Dep't of Health and Human )
Services et al., )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Joseph Zambuto Jr.__ as counsel in this
                             (Attorney's Name)

case for: State of Alabama Department of Human Resources, State of Delaware Department of Health & Social Services, District Of Columbia, Office of the Corporation Counsel, State of Hawaii Department of the Attorney General, State of Kansas Department of Social and Rehabilitation Services, State of Louisiana Department of Social Services, State of New Mexico Human Services Department, State of Rhode Island Department of Administration
                    (Name of party or parties)

December 19, 2005                      _[signature]_ 12/19/05
Date                                   Signature

                                        Joseph Zambuto Jr.
D.C. Bar. No. 484542             Print Name
BAR IDENTIFICATION

                                        1201 Pennsylvania Ave NW
                                        Address

                                        Washington, DC 2004-2401
                                        City           State          Zip Code

                                        (202) 662-5187
                                        Phone Number