IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al | ) ) ) | |
| Plaintiffs, | ) ) | 1:05CV2098 (RJL) |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Adam D. Kirschner, Trial Attorney, Federal Programs Branch, Civil Division, United States Department of Justice as counsel for Defendants United States Department of Health and Human Services and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, sued in his official capacity, in the above-captioned case.

Dated: January 6, 2006

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Mailing Address

P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2006, I caused the foregoing Notice of Appearance to be served on Plaintiffs' counsel of record electronically by means of the Court's ECF system.

/s/
Adam D. Kirschner