IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION<br><br>State of DELAWARE DEPARTMENT OF HEALTH & SOCIAL SERVICES DIVISION OF CHILD SUPPORT ENFORCEMENT<br><br>District of COLUMBIA OFFICE OF THE CORPORATION COUNSEL, CHILD SUPPORT SERVICES DIVISION<br><br>State of HAWAII, DEPARTMENT OF THE ATTORNEY GENERAL, CHILD SUPPORT ENFORCEMENT AGENCY<br><br>State of KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES<br><br>State of LOUISIANA DEPARTMENT OF SOCIAL SERVICES<br><br>State of NEW MEXICO HUMAN SERVICES DEPARTMENT<br>and<br><br>State of RHODE ISLAND DEPARTMENT OF ADMINISTRATION, CHILD SUPPORT ENFORCEMENT<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>and | UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>Civ. No. 1:05CV2098 (RJL) |

DC: 2020808-1

| | |
|---|---|
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services | )<br>)<br>) |
| _____*Defendants.*_____ | )<br>) |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a) and Rule 7.1(i) of the local rules of the United States District Court for the District of Columbia, the Plaintiffs hereby move for leave to file an amended complaint (attached as Exhibit 1). In support of their motion, the Plaintiffs state as follows:

1.  The Plaintiffs -- the state agencies responsible for administering the Child Support Enforcement Programs in Alabama, Delaware, District of Columbia, Hawaii, Kansas, Louisiana, New Mexico, and Rhode Island -- filed a complaint on October 26, 2005, challenging monetary penalties imposed by the Administration for Children and Families ("ACF"), an agency within the United States Department of Health and Human Services ("HHS"), and upheld by the HHS Departmental Appeals Board ("the DAB"). Plaintiffs seek a judgment: (1) declaring that the DAB's decision is arbitrary, capricious, an abuse of discretion, and contrary to the requirements of federal law; and (2) enjoining the Defendants to pay each Plaintiff an amount equal to the sum of: (a) the funds withheld from the State's FY 2004 TANF grant as a penalty; and (b) the amount of state funds that the States were required to divert to the TANF program, to make up for the improperly withheld federal funds.

2.  In a separate decision announced on October 26, 2005, the DAB upheld ACF's imposition of Child Support Penalties against the State of Indiana Family and Social Services Administration. This decision (DAB No. 2001) concerns the same fiscal years and the same legal issues as the decision that is the subject matter of this lawsuit (DAB No. 1989).

- 2 -

Moreover, DAB No. 2001 expressly incorporates many of the holdings and rationales set forth in DAB No. 1989.

3. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend a pleading "shall be freely given when justice so requires." Rule 15(a) favors disposition of valid claims on their merits. *See Dove v. Washington Metropolitan Area Transit Auth.*, 221 F.R.D. 246, 247 (D.D.C. 2004). Thus, the non-movant "generally carries the burden in persuading the court to deny leave to amend." *Id.* Absent evidence of "undue delay, bad faith or dilatory motive . . . repeated failure to cure deficiencies by [previous] amendments . . . undue prejudice to the opposing party . . . [or] futility of amendment ... the leave sought should, as the rule requires, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962), *quoted in Harris v. U.S Dep't of Veteran Affairs*, 126 F.3d 339, 344 (D.C. Cir. 1997).

4. Leave to amend is appropriate in this instance because: (1) the DAB decision adverse to Indiana concerns the same fiscal year penalties and legal questions that are at issue in the original complaint; (2) therefore, it is more efficient to include Indiana as a plaintiff in this action rather than having it pursue its claims in a separate action; and (3) this litigation is in its earliest stages and amendment of the complaint will neither prejudice any defendant nor substantially delay the disposition of this lawsuit.

5. Finally, counsel for the Defendants has informed Plaintiffs' counsel that Defendants do not oppose this motion.

## CONCLUSION

For the foregoing reasons, the Plaintiffs respectfully request that the Court GRANT this Motion for Leave to File an Amended Complaint.

Respectfully submitted,

Caroline M. Brown (D.C. Bar No. 438432)
Joseph Zambuto, Jr. (D.C. Bar No. 484542)
Kelly C. Blevins (D.C. Bar No. 488287)
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
*Attorneys for Plaintiffs*

DATED: January 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2006, I caused the foregoing Unopposed Motion for Leave to file an Amended Complaint with attached Exhibit and Proposed Order to be served on the following counsel of record electronically by means of email and the district court's ECF system.

> Adam D. Kirschner, Esq.
> MAILING ADDRESS
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, DC 20044
> DELIVERY ADDRESS
> 20 Massachusetts Ave, N.W.
> Room 7222
> Washington, DC 20001
> Tel: (202) 353-9265
> Fax: (202) 616-8470
> Adam.Kirschner@usdoj.gov

_____
Joseph Zambuto, Jr.
*Attorney for Plaintiffs*

DC: 2015782-2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION<br><br>State of DELAWARE DEPARTMENT OF HEALTH & SOCIAL SERVICES DIVISION OF CHILD SUPPORT ENFORCEMENT<br><br>District of COLUMBIA OFFICE OF THE CORPORATION COUNSEL, CHILD SUPPORT SERVICES DIVISION 441 4th Street, NW, Suite 1060N Washington, DC 20001<br><br>State of HAWAII, DEPARTMENT OF THE ATTORNEY GENERAL, CHILD SUPPORT ENFORCEMENT AGENCY<br><br>State of KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES<br><br>State of LOUISIANA DEPARTMENT OF SOCIAL SERVICES<br><br>State of NEW MEXICO HUMAN SERVICES DEPARTMENT and<br><br>State of RHODE ISLAND DEPARTMENT OF ADMINISTRATION, CHILD SUPPORT ENFORCEMENT<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | (PROPOSED) ORDER<br><br>Civ. No. 1:05CV2098 (RJL) |

DC: 2015782-2

|  |  |
|---|---|
| and | ) |
|  | ) |
| MICHAEL O. LEAVITT, Secretary of the United | ) |
| States Department of Health and Human Services | ) |
|  | ) |
| *Defendants.* | ) |

## PROPOSED ORDER

Upon consideration of the Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint, it is hereby ORDERED that the motion is GRANTED. The Amended Complaint is deemed filed as of the date of submission of the motion. Defendants are ORDERED to file an Answer to the Amended Complaint within ten (10) days of the date of this Order.

SO ORDERED on this ____ day of January, 2006.

_____
Richard J. Leon
United States District Judge

NAMES OF PERSONS TO BE SERVED
WITH PROPOSED ORDER UPON ENTRY

Caroline M. Brown
Joseph Zambuto, Jr.
Kelly C. Blevins
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel: (202) 662-6000
Fax: (202) 778-5187
cbrown@cov.com
jzambuto@cov.com
kblevins@cov.com
*Attorneys for Plaintiffs*

Adam D. Kirschner
MAILING ADDRESS
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
DELIVERY ADDRESS
20 Massachusetts Ave, N.W.
Room 7222
Washington, DC 20001
Tel: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov
*Attorney for Defendants*