IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al | ) ) ) | |
| Plaintiffs, | ) ) | 1:05CV2098 (RJL) |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING A CERTIFIED ADMINISTRATIVE RECORD

The Clerk of the Court will please note that Defendants United States Department of Health and Human Services and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, have filed a certified administrative record in the above-captioned case.

Dated: January 30, 2006

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044

<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2006, I caused the foregoing Notice of Filing a Certified Administrative Record to be served on Plaintiff's counsel of record through the Court's ECF system. A copy of the Administrative Record was also sent to Plaintiffs' counsel via Federal Express.

    /s/
Adam D. Kirschner