**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| State of ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION 50 Ripley St Montgomery, AL 36130-4000 | ) ) ) ) ) ) |
| State of DELAWARE DEARTMENT OF HEALTH & SOCIAL SERVICES DIVISION OF CHILD SUPPORT ENFORCEMENT 84A Christiana Rd New Castle, DE 19720 | ) ) ) ) ) ) ) |
| District of COLUMBIA OFFICE OF THE CORPORATION COUNSEL, CHILD SUPPORT SERVICES DIVISION 441 4th Street, NW, Suite 1060N Washington, DC 20001 | ) ) ) ) ) ) |
| State of HAWAII, DEPARTMENT OF THE ATTORNEY GENERAL, CHILD SUPPORT ENFORCEMENT AGENCY 601 Kamokila Blvd., Room 207 Kapolei, HI 96707 | ) AMENDED COMPLAINT ) ) ) Civ. No. 01: 05CV2098 (RJL) ) ) |
| State of INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION 402 West Washington Street Room W451, MS27 Indianapolis, IN 46204-2744 | ) ) ) ) ) ) |
| State of KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES Docking State Office Building, Room 530 915 SW Harrison Street Topeka, KS 66612 | ) ) ) ) ) ) |
| State of LOUISIANA DEPARTMENT OF SOCIAL SERVICES | ) ) |

| | |
|---|---|
| A.Z. Young Building | ) |
| 755 3rd Street | ) |
| Baton Rouge, LA  70802 | ) |
| | ) |
| State of NEW MEXICO HUMAN SERVICES | ) |
| DEPARTMENT | ) |
| 2009 South Pacheco Street | ) |
| Santa Fe, NM  87505 | ) |
| | ) |
| and | ) |
| | ) |
| State of RHODE ISLAND DEPARTMENT OF | ) |
| ADMINISTRATION, | ) |
| CHILD SUPPORT ENFORCEMENT | ) |
| 77 Dorrance Street | ) |
| Providence, RI  02903 | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES | ) |
| 200 Independence Avenue S.W. | ) |
| Washington, D.C.  20201 | ) |
| | ) |
| and | ) |
| | ) |
| MICHAEL O. LEAVITT, Secretary of the United | ) |
| States Department of Health and Human Services | ) |
| 200 Independence Avenue S.W. | ) |
| Washington, D.C.  20201 | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |

## NOTICE OF ENTRY OF APPEARANCE

Comes now the District of Columbia, by and through its attorneys, the Office of the Attorney General for the District of Columbia, and notifies the Court, pursuant to LCvR 83.6(a), that the District of Columbia Office of the Corporation Counsel, Child

Support Services Division, is represented by Senior Assistant Attorney General Maureen W. Zaniel.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                        DAVID RUBENSTEIN
                                        Deputy Attorney General, Public Safety Division

                                        /s/_____
                                        BRENDA WALLS, Bar Number 370940
                                        Chief, Civil Enforcement Section

                                        /s/_____
                                        MAUREEN W. ZANIEL
                                        Senior Assistant Attorney General
                                        Bar Number 358996
                                        Civil Enforcement Section
                                        Suite 450 North
                                        441 4th Street, NW
                                        Washington, D.C.  20001
                                        (202) 727- 3886
                                        (202) 727-6546 (fax)
                                        E-mail: Maureen.Zaniel@dc.gov

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I caused this District of Columbia's Notice of Entry of Appearance to be served on Adam D. Kirschner, counsel for the United States, and on Plaintiffs' counsel of record electronically by means on the Court's ECF system.

                                        /s/_____
                                        Maureen W. Zaniel