IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al | ) ) ) | |
| Plaintiffs, | ) ) | 1:05CV2098 (RJL) |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING A SUPPLEMENTAL CERTIFIED ADMINISTRATIVE RECORD

    The Clerk of the Court will please note that Defendants United States Department of Health and Human Services and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, have filed a supplemental certified administrative record in the above-captioned case.

Dated: February 22, 2006

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883

Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 22nd day of February 2006, I caused the foregoing Notice of Filing a Supplemental Certified Administrative Record to be served on Plaintiffs' counsel of record through the Court's ECF system. Copies of the Supplemental Administrative Record were also sent to Plaintiffs' counsel via Federal Express.

                                                  /s/
                                              Adam D. Kirschner