**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, et. al )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et. al )<br>)<br>Defendants. )<br>) | 1:05CV2098 (RJL) |

**PARTIES' JOINT PROPOSED BRIEFING SCHEDULE**

Undersigned counsel are exempt from meeting and conferring as defined by Local Civil Rule 16.3(c) since this case falls under Local Civil Rule 16.3(b). This case involves an action for review on an administrative record. Based on this Court's Case Management Order of October 27, 2005, the undersigned counsel are jointly submitting a statement to the Court indicating if this matter will be resolved solely through dispositive motion and whether the parties believe an appearance before the Court is necessary. In addition the undersigned counsel are submitting a proposed scheduling timeline for the filing of dispositive motions.

1. Undersigned counsel believe this matter will be resolved solely through the filing of dispositive motions.

2. Undersigned counsel do not believe an appearance before the Court is necessary prior to a resolution of the dispositive motions.

3. Undersigned counsel believe that an appropriate timeline for filing dispositive motions is as follows:

   a. Plaintiffs shall file motions for summary judgment on Wednesday, April 19, 2006.  Two briefs will be submitted; counsel for the District of Columbia will submit one brief and counsel for the other plaintiffs will submit one brief.

   b. Defendants shall file oppositions and cross-motions for summary judgment on Wednesday, May 24, 2006.  Defendants will be granted permission to exceed, if necessary, the 45 page limit defined by Local Civil Rule 7(e) by 15 extra pages so as to respond to arguments made in the two separate briefs.  Defendants will have 60 pages for their brief.

   c. Plaintiffs shall file replies and oppositions on Wednesday, June 21, 2006.  Two briefs will be submitted; counsel for the District of Columbia will submit one brief and counsel for the other plaintiffs will submit one brief.

   d. Defendants shall file replies on Wednesday, July 12, 2006.  Defendants will be granted permission to exceed, if necessary, the 25 page limit defined by Local Civil Rule 7(e) by 15 extra pages so as to respond to arguments made in the two separate briefs.  Defendants will have 40 pages for their brief.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

DAVID RUBENSTEIN
Deputy Attorney General, Public Safety Division

/s/_____
BRENDA WALLS, Bar Number 370940
Chief, Civil Enforcement Section

/s/_____ ____
MAUREEN W. ZANIEL
Senior Assistant Attorney General
Bar Number 358996
Civil Enforcement Section
Suite 450 North
441 4th Street, NW
Washington, D.C.  20001
(202) 727- 3886
(202) 727-6546 (fax)
E-mail: Maureen.Zaniel@dc.gov
*Attorneys for Plaintiff District of Columbia Office of the Corporation Counsel*

/s/_____
Caroline M. Brown (D.C. Bar No. 438432)
Joseph Zambuto, Jr. (D.C. Bar No. 484542)
Kelly C. Blevins (D.C. Bar No. 488287)
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
*Attorneys for all other Plaintiffs*


PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>

        20 Massachusetts Ave., NW., Room 7222
        Washington, DC 20001
        Telephone: (202) 514-5302
        Fax: (202) 616-8470
        adam.kirschner@usdoj.gov
        *Attorneys for Defendants*

DATED:  February 22, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
STATE OF ALABAMA DEPARTMENT OF HUMAN  )
RESOURCES, et. al                                                   )
                                                                                    )   (Proposed Scheduling Order)
                                        Plaintiffs,                       )   1:05CV2098 (RJL)
                                                                                    )
                vs.                                                               )
                                                                                    )
UNITED STATES DEPARTMENT OF HEALTH AND  )
HUMAN SERVICES, et. al                                        )
                                                                                    )
                                        Defendants.                    )
_____)

**(PROPOSED) SCHEDULING ORDER**

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party for good cause shown:

1. Plaintiffs shall file motions for summary judgment on Wednesday, April 19, 2006. Two briefs will be submitted; counsel for the District of Columbia will submit one brief and counsel for the other plaintiffs will submit one brief.

2. Defendants shall file oppositions and cross-motions for summary judgment on Wednesday, May 24, 2006. Defendants will be granted permission to exceed, if necessary, the 45 page limit defined by Local Civil Rule 7(e) by 15 extra pages so as to respond to arguments made in the two separate briefs. Defendants will have 60 pages for their brief.

3. Plaintiffs shall file replies and oppositions on Wednesday, June 21, 2006. Two briefs will be submitted; counsel for the District of Columbia will submit one brief and counsel for the other plaintiffs will submit one brief.

4. Defendants shall file replies on Wednesday, July 12, 2006. Defendants will be granted permission to exceed, if necessary, the 25 page limit defined by Local Civil Rule 7(e) by 15 extra pages so as to respond to arguments made in the two separate briefs. Defendants will have 40 pages for their brief.

SO ORDERED on this _____ day of February, 2006.

                                                                                    _____
                                                                                    Richard J. Leon
                                                                                     United States District Judge