IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.* <br><br> *Defendants*. | Civ. No. 1:05CV2098 (RJL) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 83.6(b), Caroline M. Brown, Joseph Zambuto, Jr., and Kelly C. Blevins, all of the law firm of Covington & Burling, hereby withdraw their appearance from the above-captioned action on behalf of Plaintiff District of Columbia Office of the Corporation Counsel, Child Support Enforcement Division ("the District"). The District will continue to be represented by Maureen Zaniel, Senior Assistant Attorney General in the District of Columbia Office of Attorney General. Ms. Brown, Mr. Zambuto, and Ms. Blevins will continue to represent the remaining Plaintiffs in this matter: State of Alabama Department of Human Resources, Child Support Enforcement Division; State of Delaware Department of Health & Social Services, Division of Child Support Enforcement; State of Hawaii, Department of the Attorney General, Child Support Enforcement Agency; State of Indiana Family and Social Services Administration; State of Kansas Department of Social and Rehabilitation Services; State of Louisiana Department of Social Services; State of New Mexico Human Services Department; and State of Rhode Island Department of Administration, Child Support

Enforcement.

Respectfully submitted,

_____
Caroline M. Brown (D.C. Bar No. 438432)

_____
Joseph Zambuto, Jr. (D.C. Bar No. 484542)

_____
Kelly C. Blevins (D.C. Bar No. 488287)

COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000
*Attorneys for Plaintiffs*

_____
District of Columbia Office of the
Corporation Counsel, Child Support
Enforcement Division
By: *Benidia A. Rce*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, I caused the foregoing Notice of Withdrawal as Counsel to be served on the following counsel of record electronically by means of the district court's ECF system.

>Adam D. Kirschner, Esq.
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, DC 20044

>Maureen W. Zaniel
>Senior Assistant Attorney General
>District of Columbia Civil Enforcement Section
>Suite 450 North
>441 4th Street, NW
>Washington, D.C. 20001

_____
Kelly C. Blevins