**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| State of ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION, *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) Civ. No. 1:05CV2098 (RJL) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*. | ) ) ) |
| *Defendants*. | ) |

**MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF AGENCIES OF THE STATES OF ALABAMA, DELAWARE, HAWAII, INDIANA, KANSAS, LOUISIANA, NEW MEXICO, AND RHODE ISLAND**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Plaintiff agencies of the States of Alabama, Delaware, Hawaii, Indiana, Kansas, Louisiana, New Mexico, and Rhode Island ("Plaintiffs") move for summary judgment on Counts I and II of their Amended Complaint. For the reasons set forth in the accompanying Memorandum of Points and Authorities and Statement of Material Facts Not in Dispute, there is no genuine issue of material fact and Plaintiffs are entitled to judgment as a matter of law. As a result, this Court should enter judgment in favor of Plaintiffs.

       Respectfully submitted,

       /s/_____
       Caroline M. Brown (D.C. Bar No. 438432)
       Joseph Zambuto, Jr. (D.C. Bar No. 484542)
       Kelly C. Blevins (D.C. Bar No. 488287)
       COVINGTON & BURLING
       1201 Pennsylvania Avenue, N.W.
       Washington, D.C. 20004-2401
       (202) 662-6000
       *Attorneys for Plaintiff Agencies of the States of Alabama, Delaware, Hawaii, Indiana, Kansas, Louisiana, New Mexico, and Rhode Island*

DATED:  April 19, 2006

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2006, I caused the foregoing Motion for Summary Judgment of Plaintiff Agencies of the States of Alabama, Delaware, Hawaii, Indiana, Kansas, Louisiana, New Mexico, and Rhode Island to be served on the following counsel of record electronically by means of email and the district court's ECF system.

Adam D. Kirschner
MAILING ADDRESS
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
DELIVERY ADDRESS
20 Massachusetts Ave, N.W.
Room 7222
Washington, DC 20001

Maureen W. Zaniel
Senior Assistant Attorney General
District of Columbia Civil Enforcement Section
Suite 450 North
441 4th Street, NW
Washington, D.C. 20001

　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　Joseph Zambuto, Jr.
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Agencies of*
　　　　　　　　　　　　　　　　　　*the States of Alabama, Delaware,*
　　　　　　　　　　　　　　　　　　*Hawaii, Indiana, Kansas, Louisiana,*
　　　　　　　　　　　　　　　　　　*New Mexico, and Rhode Island*