IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.* <br><br> *Defendants*. | ) ) ) ) ) ) Civ. No. 1:05CV2098 (RJL) ) ) ) ) ) ) ) ) |

### **[PROPOSED] ORDER**

Having considered Plaintiffs' Motion for Summary Judgment and any opposition and replies submitted thereto; and Defendants' Cross-Motion for Summary Judgment and any opposition and replies submitted thereto, the Court hereby finds that the Health and Human Services ("HHS") Departmental Appeals Board ("DAB") Decisions 1989 and 2001 and the underlying penalties assessed against Plaintiffs by the HHS Administration for Children and Families were arbitrary and capricious, an abuse of discretion, and contrary to the requirements of federal law.

It is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is hereby GRANTED and Defendants' Cross-Motion for Summary Judgment is hereby DENIED.

It is further ORDERED that Defendants must pay to each Plaintiff State the following amounts, equal to the total of the amount of the penalty withheld from the State's fiscal year 2004 Temporary Assistance for Needy Families ("TANF") grant plus the amount in State funds spent by the State in fiscal year 2005 to make up the amount withheld from the grant:

- Plaintiff State of Alabama:  $1,065,384.

- Plaintiff State of Delaware: $586,978.

- Plaintiff State of Hawaii:  $1,842,096.

- Plaintiff State of Indiana:  $2,895,198.

- Plaintiff State of Kansas:  $1,614,974.

- Plaintiff State of Louisiana:  $2,193,446.

- Plaintiff State of New Mexico: $1,893,754.

- Plaintiff State of Rhode Island:  $1,890, 014.

It is so ORDERED this __ day of _____ 2006.

                                        _____
                                        The Honorable Richard J. Leon
                                        United States District Judge

The following attorneys are entitled to be notified of the entry of the foregoing Order:

>Caroline M. Brown
>Joseph Zambuto, Jr.
>Kelly C. Blevins
>Covington & Burling
>1201 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2401
>
>Adam D. Kirschner
>MAILING ADDRESS
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, DC 20044
>DELIVERY ADDRESS
>20 Massachusetts Ave, N.W.
>Room 7222
>Washington, DC 20001
>
>Maureen W. Zaniel
>Senior Assistant Attorney General
>District of Columbia Civil Enforcement Section
>Suite 450 North
>441 4th Street, NW
>Washington, D.C. 20001