IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05CV2098 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES AND MICHAEL O. LEAVITT, SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the District of Columbia's Motion for Summary Judgment and the opposition thereto, it is this _____ day of _____, 2006, hereby ORDERED, that the motion is GRANTED.

_____
Richard J. Leon
United States District Court Judge

Adam D. Kirschner, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Caroline M. Brown
Joseph Zambuto, Jr.
Kelly C. Blevins
Covington & Burling
1201 Pennsylvania Ave. NW
Washington, D.C.

Khadijah Muhammad-Starling
Maureen W. Zaniel
Office of the Attorney General for the District of Columbia
441 4th Street, NW, Ste. 450N
Washington, D.C.  20001