**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al )<br><br>Plaintiffs, )<br><br>vs. )<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al )<br><br>Defendants. ) | 1:05CV2098 (RJL) |

**[Proposed] ORDER**

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that:

1. Plaintiffs' Motions for Summary Judgment are DENIED; and

2. Defendants' Cross-Motion for Summary Judgment is GRANTED.

_____
Hon. Richard J. Leon
United States District Judge