**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al | ) ) ) | |
| Plaintiffs, | ) ) | 1:05CV2098 (RJL) |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF RECENT DECISION**

Defendants hereby notify the Court of the recent decision by the District Court of the District of Nevada in <u>State of Nevada, Dep't of Health and Human Services, Div. of Welfare and Supportive Services, Child Support Enforcement Program v. United States Dep't of Health and Human Services, Admin. for Children and Family Services, et al.</u>, Civ. No. 3:05-00697 HDM-VPC (D. Nev. December 28, 2006), which addresses whether defendant United States Department of Health and Human Services gave proper notice to each state when it informed the states that they were subject to a penalty for failure to comply with their child support enforcement program requirements.  <u>See</u> Opinion at 10-15 (attached).

Dated: January 3, 2007

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT

<u>Of Counsel</u>
LINDA GRABEL
Assistant Chief Counsel
Children, Families, and Aging Division
Office of the General Counsel
U.S. Department of
Health and Human Services

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January 2007, I caused this Notice of Recent Decision to be served on Plaintiffs' counsel of record electronically by means of the Court's ECF system.

/s/
Adam D. Kirschner