UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES, CHILD SUPPORT ENFORCEMENT DIVISION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Civ. No. 05cv2098 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this **22nd** day of March 2007, hereby

**ORDERED** that [#19] Alabama, Delaware, Hawaii, Indiana, Kansas, Louisiana, New Mexico and Rhode Island's joint motion for summary judgment is DENIED; and it is further

**ORDERED** that [#20] the District of Columbia's motion for summary judgment is DENIED; and it is further

1

**ORDERED** that [#22] the Department of Health and Human Services's motion for summary judgment is GRANTED;

**SO ORDERED.**

                                                        /s/ Richard J. Leon
                                                        RICHARD J. LEON
                                                        United States District Judge