UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATE OF ALABAMA )
DEPARTMENT OF HUMAN )
RESOURCES, CHILD SUPPORT )
ENFORCEMENT DIVISION, *et al.,* )
)
      *Plaintiffs,* )
)   **Civ. No. 05cv2098 (RJL)**
**v.** )
)
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, *et al.,* )
)
      *Defendants.* )
_____)

## ORDER

    For the reasons set forth in the Memorandum Opinion entered this date, it is,

this **22nd** day of March 2007, hereby

    **ORDERED** that [#19] Alabama, Delaware, Hawaii, Indiana, Kansas, Louisiana,

New Mexico and Rhode Island's joint motion for summary judgment is DENIED; and it

is further

    **ORDERED** that [#20] the District of Columbia's motion for summary judgment is

DENIED; and it is further



**ORDERED** that [#22] the Department of Health and Human Services's motion

for summary judgment is GRANTED;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge